IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

RASHID A ZIADEH and
NURA A ZIADEH,

    Debtors.

PEDDU PATTAISO,

    Plaintiff,

v.

RASHID A ZIADEH and
NURA A ZIADEH,

    Defendants.

Chapter 13

Adversary No. 1:14-AP-00130-MDF

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is STIPULATED AND AGREED, by and between Plaintiff Peddu Pattaiso ("Pattaiso") and Defendants Rashid Ziadeh and Nura Ziadeh (the "Ziadehs"), as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), which is made applicable to the above-captioned adversary proceeding by Federal Rule of Bankruptcy Procedure 7041, all claims asserted by Pattaiso against the Ziadehs in this action are DISMISSED WITH PREJUDICE.

Dated: April 23, 2015                    Respectfully submitted,

| ORRICK, HERRINGTON & SUTCLIFFE LLP | TURNER & O'CONNELL |
|---|---|
| By: _____ *[signature]* | By: _____ *[signature]* |
| René Kathawala (*Pro Hac Vice*) | James Turner |
| rkathawala@orrick.com | pat@turnerandoconnell.com |
| State Bar No.: NY 2806651 | State Bar No.: 29928 |
| 51 W. 52nd Street | 4701 North Front Street |
| New York, New York 10019-6142 | Harrisburg, Pennsylvania 17110 |
| Telephone: +1-212-506-5000 | Telephone: +1-717-743-1956 |
| Facsimile: +1-212-506-5151 | Facsimile: +1-717-232-2115 |
| *Attorneys for Plaintiff Peddu Pattaiso* | *Attorneys for Defendants Rashid Ziadeh and Nura Ziadeh* |

2

OHSUSA:761910728.1

Case 1:14-ap-00130-MDF    Doc 34    Filed 04/23/15    Entered 04/23/15 17:14:30    Desc
Main Document    Page 2 of 2